**Abatement Order filed October 25, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00832-CV
_____

**NABILCO INC. AND D. HOUSTON, INC. D/B/A TREASURES, Appellants**

**V.**

**THE STATE OF TEXAS AND THE CITY OF HOUSTON, Appellees**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-28683**

---

## A B A T E M E N T   O R D E R

On October 19, 2012, appellants filed a supplemental clerk's record containing a notice of removal of this case to federal court. *See* 28 U.S.C. § 1446(d). Accordingly, the appeal is **ABATED** until any party files a verified copy of an order remanding the case to state court. The appeal is treated as a closed case and removed from this court's active docket.

PER CURIAM